

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00347-CR

**IN RE** Jesus Emmanuel **LUNA ORDUNA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: November 8, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 13, 2023, Relator filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Relator is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 13975CR, styled *State of Texas v. Jesus Emmanuel Luna Orduna*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.